UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY** | ) ) ) | |
| | ) | Case No. 26-cv-376 |
| *Plaintiff,* | ) ) | |
| | ) | ~~[PROPOSED]~~ **SCHEDULING** |
| v. | ) | **ORDER** |
| | ) | |
| **DOUG BURGUM**, in his official capacity as | ) | |
| Secretary of the U.S. Department of the | ) | |
| Interior; **U.S. FISH AND WILDLIFE** | ) | |
| **SERVICE**; and **BRIAN NESVIK**, in his | ) | |
| official capacity as Director of the U.S. Fish | ) | |
| and Wildlife Service | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

Upon consideration of the parties' Joint Report filed May 12, 2026, it is hereby

ORDERED that the following schedule shall govern this case:

- May 13, 2026: Defendants file the certified index of the Administrative Record;

- June 12, 2026: Defendants serve the Administrative Record on Plaintiff.

- August 11, 2026: Plaintiff completes record review and informs Defendants of

any issues regarding the administrative record, which the parties will attempt to resolve

agreeably without involving the Court. Also, any other parties must be joined and the

pleadings amended by this date.

- September 17: If necessary, Defendants file any index for amendments to the

Administrative Record agreed to by the parties. Plaintiff files any motion to supplement

or complete the administrative record, if necessary. The filing of any motion to complete

or supplement the Administrative Record will stay the merits briefing schedule set forth

here until resolution of that motion, at which time the parties would propose a new merits

1

briefing schedule. The parties shall meet and confer to jointly propose a briefing schedule for resolution of the case within fourteen days of the Court's order on any such motion.

- October 23, 2026: If no record motion has been filed, Plaintiff files its opening summary judgment motion.

- December 11, 2026: Defendants file their combined cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment.

- February 5, 2027: Plaintiff files its combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiff's motion for summary judgment.

- March 12, 2027: Defendants file their final reply in support of their cross-motion for summary judgment.

- March 26, 2027: Plaintiff files the appendix in accordance with Local Rule 7(n)(2).

It is FURTHER ORDERED that the parties need not exchange initial disclosures under Rule 26(a)(1) or prepare a statement of material facts under Local Rule 7(h). The parties' briefs must include a statement of facts with references to the administrative record.

DATE: May 12, 2026

DABNEY L. FRIEDRICH

United States District Judge

2