**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff,*<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior, et al.<br><br>*Defendants,* | )<br>)<br>)<br>)<br>)<br>)  No. 26-cv-376<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING CERTIFIED LIST OF THE CONTENTS OF THE**
**ADMINISTRATIVE RECORD**

Pursuant to Local Civil Rule 7(n), Defendants Doug Burgum, in his official capacity as Secretary of the U.S. Department of the Interior, *et al.*, hereby provide the Court with a certified list of the contents of the Administrative Record for this case, attached as Exhibit A. Attached to this Notice as Exhibit B is a declaration certifying that index and the Administrative Record, signed by Andrew DeVolder, who is an employee of the United States Fish and Wildlife Service.

Dated: May 13, 2026                    Respectfully submitted,

NICOLE M. SMITH Assistant Section Chief

*s/ Jacob Jose*
Jacob Jose

1

Trial Attorney (CO Bar No. 59582)
U. S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 341-1749
Fax: (202) 305-0275
Email: Jacob.Jose@usdoj.gov


*Attorneys for Defendants*

2