**U.S. Fish & Wildlife Service Administrative Record**
**13-May-26**
**CENTER FOR BIOLOGICAL DIVERISTY, Plaintiff,**
**v.**
**DOUG BURGUM, et al., Defendants**
**Case No. 26-cv-376**

| Bates ID | Document Type | Date | From/Author | To | Description |
|---|---|---|---|---|---|
| USFWS_000001-USFWS_000010 | Document | 11/3/2025 | USFWS | Public Record | Recovery Planning Exception Findingsfor the 44-State and Minnesota Listed Entities of Gray Wolves(Canis lupus) |
| USFWS_000011-USFWS_000128 | Document | 11/3/2020 | USFWS | Public Record | Removing the Gray Wolf (Canis lupus) From the List of Endangered and Threatened Wildlife; Final Rule (85 FR 69778) |
| USFWS_000129-USFWS_000490 | Document | 12/22/2023 | USFWS | Public Record | Species Status Assessment for the Gray Wolf (Canis lupus) in the Western United States |
| USFWS_000491-USFWS_000815 | Document | 11/3/2025 | USFWS | Public Record | Species Status Assessment for the Gray Wolf (Canis lupus) in the Eastern United States |
| USFWS_000816-USFWS_000820 | Document | 2/7/2024 | USFWS | Public Record | Endangered and Threatened Wildlife and Plants; Finding for the Gray Wolf in the Northern Rocky Mountains and the Western United States (89 FR 8391) |