IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | No. 26-cv-376 |
| DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior, et al. | ) ) ) ) ) | |
| *Defendants*, | ) ) ) | |

**DECLARATION OF ANDREW DEVOLDER**

I, Andrew DeVolder, declare as follows:

1.  I am currently employed by the U.S. Department of the Interior, Fish and Wildlife Service (Service), as the Branch Chief for Recovery and Conservation Planning in the Ecological Services Program, U.S. Fish and Wildlife Service, Headquarters. In my capacity as Branch Chief, I am responsible to the Service's Assistant Director for Ecological Services, the Service's Director, and to the Secretary of the Interior for administration of the Endangered Species Act.  In this position, I have custody and control of the relevant documents discussed below in part constituting the official administrative record prepared and maintained by the Service that appears on the Index to the Administrative Record.

2.  I am familiar with the documents that are contained in Administrative Record for the challenged rule. The Administrative Record contains those documents that were considered,

3

either directly or indirectly, by the relevant agency decision-makers when promulgating the "Recovery Planning Exception Findings for the 44-State and Minnesota Listed Entities of Gray Wolves (Canis lupus)." This findings document was promulgated by Service. Therefore, the documents in the Administrative Record were in the custody or control of the Service and/or the U.S. Department of the Interior.

3. I hereby certify that to the best of my knowledge, information, and belief, the documents listed in the index of the Administrative Record, and provided to the Court and the Parties along with this certification, constitute a true and correct copy of the Service's Administrative Record, including all documents directly or indirectly considered by the decisionmaker, for the Service's "Recovery Planning Exception Findings for the 44-State and Minnesota Listed Entities of Gray Wolves (Canis lupus)."

4. Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on this __th day of May 2026 in Falls Church, Virginia.

ANDREW DEVOLDER

Digitally signed by ANDREW DEVOLDER
Date: 2026.05.08 15:50:22 -04'00'

Andrew DeVolder, Branch Chief for Recovery and Conservation Planning
U.S. Fish & Wildlife Service

4